

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| WILLIAM R. COUCH, ) | Civil No.: 5:10cv00072 |
| ) | |
| *Plaintiff,* ) | ORDER |
| v. ) | SUSPENDING DISCOVERY |
| ) | DEADLINES |
| JOHN M JABE, *et al.*, ) | |
| ) | |
| *Defendants* ) | By:   Hon. James G. Welsh |
| ) | U. S. Magistrate Judge |

The parties, by their respective counsel of record, having this date agreed to the following, and for good cause shown, pursuant to Rule 16, Federal Rules of Civil Procedure, it is

**ORDERED**

that all disclosure and discovery deadlines in the court's Scheduling Order, dated October 27, 2010, are hereby suspended pending a determination of the issues presented by the defendant's pending motion for summary judgment (docket # 10). To the extent that the provisions of the court's Scheduling Order are not modified by this order, same shall remain in full force and effect.

The Clerk is directed to transmit a copy of this order to all counsel of record.

ENTER: This 18th day of November 2010.

United States Magistrate Judge