CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 21 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| WILLIAM R. COUCH, | ) |
| | ) Civil Action No. 5:10-cv-00072 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| JOHN M. JABE, et al. | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and the plaintiff's motion is **DENIED**. The case is hereby stricken from the active docket of the court.

**ENTER**: April 21, 2011.

UNITED STATES DISTRICT JUDGE