UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| WILLIAM R. COUCH | Civil Action No. 5:10-cv-00072 |
| Plaintiff, | |
| vs. | |
| JOHN M. JABE, DANIEL A. BRAXTON and STEVE HOLLAR, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting summary judgment to the Defendants and denying summary judgment to the Plaintiff entered in this action on the 21st day of April, 2011.

Respectfully submitted,

WILLIAM R. COUCH
By Counsel

Jeffrey E. Fogel, VSB #75643
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300 (Tel)
Email: jeff.fogel@gmail.com
Attorneys for Plaintiff

## CERTIFICATE

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send information of such filing to the following:

William W. Muse
SeniorAssistant Attorney General
Public Safety & Enforcement Division
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

s/ Jeffrey E. Fogel